IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**UNITED STATES OF AMERICA**

**VERSUS**                                         **CRIMINAL ACTION NO. 1:05CR19**

**DENNIS ROGERS**

## **ORDER**

This cause is before the Court on the defendant's Motion to Correct Errors in Presentence Report [28]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied inasmuch as the presentence report was correct in all material respects.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion to Correct Errors in Presentence Report [28] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 13th day of October, 2006.

                                                             /s/ W. Allen Pepper, Jr.
                                                             W. ALLEN PEPPER, JR.
                                                             UNITED STATES DISTRICT JUDGE